IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUEVARA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN MATEO,<br><br>    Defendant. | Case No. 17-cv-03772-CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

    San Mateo County filed a motion to dismiss Guevara's claims against it on Dec. 12, 2017 (dkt. 20). The county attached a proof of service to its motion to dismiss which stated that Guevara was served by mail at the address listed on Guevara's complaint. However, Guevara failed to file an opposition by the deadline of Dec. 27, 2017. She also failed to appear at the motion hearing on Feb. 2, 2018. Accordingly, Guevara's case is **DISMISSED WITH PREJUDICE** for failure to prosecute. See Fed. R. Civ. P. 41(b).

    **IT IS SO ORDERED.**

Dated: Feb. 8, 2018

CHARLES R. BREYER
United States District Judge